NUMBER 13-04-036-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

CALBERT SEEDS CORPORATION,                                       Appellant,

v.

AGRIPRO SEEDS, INC.,                                                      Appellee.
___________________________________________________________________

On appeal from the 357th District Court
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, CALBERT SEEDS CORPORATION, perfected an appeal from a
judgment entered by the 357th District Court of Cameron County, Texas, in cause
number 2002-02-828-E. No clerk’s record has been filed due to appellant’s failure
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant
failed to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s
record, the appellate court may dismiss the appeal for want of prosecution unless
the appellant was entitled to proceed without payment of costs. Tex. R. App. P.
37.3(b).
         On February 17, 2004, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten
days to explain why the cause should not be dismissed. To date, no response has
been received from appellant. 
         The Court, having examined and fully considered the documents on file,
appellant’s failure to pay or make arrangements to pay the clerk’s fee for preparing
the clerk’s record, this Court’s notice, and appellant’s failure to respond, is of the
opinion that the appeal should be dismissed for want of prosecution. The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Opinion delivered and filed
this the 1st day of April, 2004.